**Denied; Opinion Filed August 21, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00911-CV

## IN RE A.P. AND D. P., INDIVIDUALLY AND
## AS NEXT FRIENDS FOR K.D.P., A MINOR, Relators

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 102717-CC**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

Before the Court is relators' petition for writ of mandamus seeking to have our Court vacate the trial court's July 24, 2019 temporary orders and compel the trial court to return their child, K.D.P., to their custody. To be entitled to mandamus relief, relators must show that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Lana Myers/
LANA MYERS
JUSTICE


190911F.P05